UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TUWANNA STEVENS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-CV-335-JEP |
| CABARRUS COUNTY BOARD OF EDUCATION, | ) |
| Defendant. | ) |

## JUDGMENT

For the reasons set out in the Order and Memorandum Opinion filed contemporaneously herewith,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion for Summary Judgment [Doc. #47] is GRANTED, and this case is dismissed with prejudice.

This, the 30th day of September, 2022.

/s/ Joi Elizabeth Peake
United States Magistrate Judge